KURT ISSEM, an Infant, by GUSTOV ISSEM, His Guardian ad Litem, Appellant, *v.* CORNELIUS SLATER, Respondent, Impleaded with Another.

Submitted October 6, 1941; decided October 16, 1941.

*Jesse Glattel* for motion.

*Arthur C. Goldberg* and *Roy P. Monahan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order does not finally determine the action within the meaning of the Constitution.